```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :      INDICTMENT
                                 :
FRANCISCO OVALLE,                :      07 Cr.
      a/k/a "Chepe,"             :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```



07 CRIM. 350

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 25 2007

COUNT ONE

The Grand Jury charges:

1. On or about April 20, 2007 through on or about April 24, 2007, in the Southern District of New York and elsewhere, FRANCISCO OVALLE, a/k/a "Chepe," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that FRANCISCO OVALLE, a/k/a "Chepe," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of

cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

OVERT ACTS

3. In furtherance of the conspiracy to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York;

a. On or about April 24, 2007, OVALLE FRANCISCO, a/k/a "Chepe," the defendant, while in New York, New York, acted as a lookout for two co-conspirators not named as defendants herein who picked up a bag believed to contain cocaine.

(Title 21, United States Code, Section 846.)

_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FRANCISCO OVALLE,
    a/k/a "Chepe,"

Defendant.

---

**INDICTMENT**

07 Cr.

(21 U.S.C. § 841.)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

*[handwritten notations]*