AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOURCE: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FRANCISCO OVALLE

**APPEARANCE**

Case Number: 07 CR 350 - 01 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FRANCISCO OVALLE

I certify that I am admitted to practice in this court.

May 16, 2007
Date

*David Gordon* (signature)
Signature

DAVID GORDON         DG-4096
Print Name           Bar Number

148 EAST 78TH STREET
Address

NEW YORK,  NEW YORK  10021
City        State       Zip Code

(212) 772-6625        (212) 772-8033
Phone Number          Fax Number