

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2007

BY HAND

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  United States v. Francisco Ovalle
           07 Cr. 350 (DAB)

Dear Judge Batts:

    I write to confirm the adjournment of the pre-trial conference until August 27, 2007 at 11:00 a.m.

    The Government also requests that the Court exclude time until August 27, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government time to consider the evidence produced and to discuss a potential disposition in the case and it ensures the effective assistance of defendant's counsel. David Gordon, counsel for the defendant, told me that he consents to the exclusion of time.

*[Handwritten: granted /DAB/]*

                         Very truly yours,

                         MICHAEL J. GARCIA
                         United States Attorney

               By: _____
                    William J. Harrington
                    Assistant United States Attorney
                    212-637-2331

cc:  David Gordon
      Counsel for the defendant
      (By fax: 212 772 8033)

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*[Handwritten: July 17, 2007]*