

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED    MEMO ENDORSED

August 29, 2007

BY HAND

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States</u> v. <u>Francisco Ovalle</u>
        07 Cr. 350 (DAB)

Dear Judge Batts:

    I write to confirm the adjournment of the pre-trial conference until September 17, 2007 at 10:30 a.m.

    The Government also requests that the Court exclude time until September 17, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government time to consider the evidence produced and to discuss a potential disposition in the case and it ensures the effective assistance of defendant's counsel. David Gordon, counsel for the defendant, told me that he consents to the exclusion of time.

GRANTED
/DAB/

                      Very truly yours,

                      MICHAEL J. GARCIA
                      United States Attorney

SO ORDERED
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
8/29/07

        By: _____
            William J. Harrington
            Assistant United States Attorney
            212-637-2331

cc: David Gordon
    Counsel for the defendant
    (By fax: 212 772 8033)

MEMO ENDORSED

MEMO ENDORSED