

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 12, 2007

BY HAND

MEMO ENDORSED

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

    Re:  United States v. Francisco Ovalle
         07 Cr. 350 (DAB)

Dear Judge Batts:

    I write to confirm the adjournment of the pre-trial conference until November 5, 2007 at 10:30 a.m.

    The Government also requests that the Court exclude time until November 5, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government time to consider the evidence produced and to discuss a potential disposition in the case and it ensures the effective assistance of defendant's counsel. David Gordon, counsel for the defendant, told me that he consents to the exclusion of time.

*GRANTED /DAB/*

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

                        By: _____
                           William J. Harrington
                           Assistant United States Attorney
                           212-637-2331

cc:  David Gordon
     Counsel for the defendant
     (By fax: 212 772 8033)