```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

        - v -                   :     07 Cr. 350 (DAB)

                                :
FRANCISCO OVALLE,
                                :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of one count of violating Title 21, United States Code, Section 1951, two counts of violating Title 18, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        October 11, 2007

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
OCT 2 2 2007